

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00590-CR

Derwin Ray **ROBINSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1021
Honorable Frank J. Castro, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the motion to dismiss is **GRANTED** and this appeal is **DISMISSED**.

SIGNED August 26, 2020.

_____
Beth Watkins, Justice